UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUNG VAN NGUYEN,

Petitioner,

v.

JEFFREY UTTECHT,

Respondent.

CASE NO. C16-1711-JCC-JPD

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner Hung Van Nguyen's objection (Dkt. No. 68) to Judge Donohue's order directing Respondent Jeffrey Uttecht to submit a second answer (Dkt. No. 65). Nguyen objects that Judge Donohue directed Respondent to submit duplicative materials and gave legal advice to Respondent. (Dkt. No. 68 at 1-2.) Not so. Judges frequently ask parties to supplement their filings and provide more complete submissions for the Court. This does not constitute legal advice. Rather, this was well within Judge Donohue's authority and Nguyen's assertions otherwise are without merit.

Nguyen also argues that he was not given a chance to file a reply to the amended answer. (Dkt. No. 68 at 2.) The appropriate way for Nguyen to address this is to file a motion to Judge Donohue requesting additional time to reply to the amended answer.

1 | Nguyen's objection (Dkt. No. 68) is OVERRULED. The Clerk is DIRECTED to send a
2 | copy of this order to Nguyen and to Judge Donohue.

DATED this 2nd day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
