UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUNG VAN NGUYEN,<br><br>    Petitioner,<br><br> v.<br><br>JEFFREY UTTECHT,<br><br>    Respondent. | CASE NO. C16-1711-JCC-JPD<br><br>ORDER GRANTING PETITIONER TIME TO REPLY AND RE-NOTING HABEAS PETITION |

This is a federal habeas action filed under 28 U.S.C. § 2254. The Court has reviewed petitioner's April 25, 2017 Objections to the Order Directing Respondent to File a Second Answer, Dkt. 68, as well as Judge Coughenour's Minute Order overruling those objections, Dkt. 72. Petitioner asserts that he should have been allowed an opportunity to reply to the Second Answer. Dkt. 68 at 2. As Judge Coughenour indicated in his Minute Order, "[t]he appropriate way for Nguyen to address this is to file a motion . . . requesting additional time to reply to the amended answer." Dkt. 72 at 1. Although to date, petitioner has not done so, the Court nevertheless shall GRANT petitioner an additional two weeks to file an optional reply brief to respondent's April 27, 2017 Answer. Dkt. 70.

ORDER GRANTING PETITIONER
TIME TO REPLY AND RE-NOTING
HABEAS PETITION - 1

Accordingly, petitioner shall file his optional reply brief by no later than **Friday, May 19, 2017.** The Clerk of the Court is also directed to RE-NOTE petitioner's habeas petition for consideration on **May 19, 2017**.

DATED this 4th day of May, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING PETITIONER
TIME TO REPLY AND RE-NOTING
HABEAS PETITION - 2